FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   DEC 16 2008   ★
BROOKLYN OFFICE

Frank J. Martinez, Esq. (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 316
Brooklyn, New York 11201
718.797.2341 Telephone
718.222.0481 Facsimile
FM@martinezgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

**THE FONT BUREAU, INC.**

                        Plaintiff,

  -against-

**DAVID CHAVES (Individual), d/b/a FONTSHOP
SWEDEN, and
FONT & IMAGE AMERICA INC.,**

                     Defendants.

------------------------------------------------------------- X

CV 08 5059

CV _____

**COMPLAINT**

(Jury Trial Demanded)

WEINSTEIN, J.

POHORELSKY, M.J.

Plaintiff, THE FONT BUREAU, INC.., ("FONT BUREAU"), by and through its

attorneys, The Martinez Group PLLC, for its Complaint against Defendant DAVID CHAVES,

d/b/a FONT SHOP SWEDEN and FONT & IMAGE AMERICA, INC., a Florida Corporation

(together, "Defendant" or "Defendants" or "Chaves"), alleges as follows:

### NATURE AND SUBSTANCE OF THE ACTION

1.     Plaintiff files this action against Defendant for Trademark infringement under 15 U.S.C.

§ 1117 and Unfair Competition under the Lanham Act, 15 U.S.C. § 1125; and Copyright

Infringement under 17 U.S.C. § 101, et seq.; and applicable State laws.

2.     This action is brought in response to a classic case of Trademark and Copyright

infringement, specifically the unauthorized copying and commercial, for-profit use and

distribution of Plaintiff's copyrighted software and the Federally Registered Trademarks associated therewith; in particular, the wholesale copying and unauthorized distribution of over 500 of Plaintiff's type face font designs via Defendant's website (http://www.fontshop.se). Titles 15 and 17 of the United States Code (Trademark Act and Copyright Act) were enacted to provide remedies to patent and copyright owners who suffer damages by reason of such actions.

## JURISDICTION AND VENUE

3.      This is an action for Trademark and Copyright infringement arising under the Trademark Act 15 U.S.C. §§ 111, et seq., and the Copyright Act of 1976, 17 U.S.C. § 101 et seq., and for the related claims of Unfair Competition under 15 U.S.C. § 1125(a) and applicable State laws, which seeks the disgorgement of profits and/or Statutory damages, damages, costs and fees by reason of Defendant's ongoing infringement of Font Bureau's valid and subsisting Trademarks and Copyrights.  This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1332, 1338(a) and 1338(b), its supplemental jurisdiction, and under Rule 4 of the Federal Rules of Civil Procedure.

4.      Venue is proper in this district under 28 U.S.C. §1391 and §1400 in that Defendant or Defendant's agents may be found in this District and Defendant transacts business in this District.

## PARTIES

5.      Plaintiff, The Font Bureau, Inc. ("Font Bureau") is a Massachusetts corporation with its principal place of business located at 50 Melcher Street, Suite 2, Boston, Massachusetts 02210.

6.      Plaintiff Font Bureau, *inter alia,* a designer and manufacturer of electronic type face fonts.

7.      Plaintiff Font Bureau has designed type face fonts since at least as early as 1978 and has designed type face fonts for Apple Computers, Microsoft Corporation, The Wall Street Journal, Hewlett Packard, Newsweek Magazine and The Chicago Tribune, among many others.

8.       Defendant Chaves is an individual, conducting business via the internet as FontShop Sweden and having a place of business at 4012 Crossbill Lane, Fort Lauderdale, Florida 33331.

9.      Defendant, Font & Image America Inc. is wholly owned by Defendant Chaves and is a Florida Corporation having an office at 4012 Crossbill Lane, Fort Lauderdale, Florida 33331,

10.     Defendants are in the business of selling licenses to use electronic type face fonts and digital artwork.

11.     Defendants are the owners of the www.fontshop.se website.

12.     Defendants conduct business throughout the world, the United States, the State of New York, in the County of Kings, within the Eastern District.

## FACTS COMMON TO ALL CLAIMS

13.     Font Bureau is engaged in the business of designing, creating, producing, marketing and licensing the use of computer software in the nature of type face fonts in digital form for use with personal computers, commercial typesetting and printing devices, *inter alia*, its internet commerce website, www.fontbureau.com.

14.     Font Bureau created or is the exclusive owner of all rights title and interests in and to the type face font designs and the software associated therewith.

15.     Font Bureau has filed applications with U.S. Trademark Office for its many type face font designs.

16.     Font Bureau has filed applications with the U.S. Copyright Office for the software related to its many type face font designs.

17.     Font Bureau's various trademarks and copyrights have been accorded protection at both the U.S. Trademark Office and the U.S. Copyright Office, evidence of which is annexed hereto as Exhibit A and Exhibit B, respectively.

18.     By reason thereof, Font Bureau is the owner of the exclusive rights in and to the trademarks and copyrighted software associated with its various type face font designs.

19.     Font Bureau's trademarks and copyrights are valid and subsisting.

20.     Font Bureau is and has been at all times alleged herein, the sole owner of all right, title and interest in and to the its various type face font designs and trademarks together with the software associated therewith.

21.     Font Bureau has sold and continues to sell and derive significant revenue from the sale of its various trademarked type face font designs and software as well as, the licensing of the right to use, manufacture and make derivative copies thereof.

22.     Font Bureau licenses for the use of its protected type face font designs and the software associated therewith and controls such licensing by way of its End User License Agreement (EULA), a copy of which is annexed hereto as Exhibit C.

23.     The records of Font Bureau indicate that Defendant has purchased a single license to use only a single (1) Font Bureau type face font design; a copy of the license is annexed hereto as Exhibit D.

24.     Font Bureau has not licensed or otherwise granted a right to Defendants to sublicense the Font Bureau type face font software to third parties.

25.     Font Bureau has not licensed or otherwise granted a right to Defendants to create derivative versions of the Font Bureau type face font software and license the same to third parties.

26. Font Bureau has not licensed or otherwise granted a right to Defendants to sell or otherwise distribute products bearing the trademarks of the Font Bureau.

27. Defendants Chaves via his Font & Image American, Inc. business is the registered owner of the www.fontshop.se website, evidence of which is annexed hereto as Exhibit E.


## DEFENDANT'S ACTIONS

28. Defendants have caused unlicensed and infringing copies of the various Font Bureau type face font designs and software to be made available for sale via its www.fontshop.se website, showings of which is annexed hereto as Exhibit F.

29. Defendants have not purchased any license permitting it to offer or distribute the copyrighted Font Bureau type face font software or to otherwise make derivative versions of the copyrighted Font Bureau type face font software.

30. The natural, probable and foreseeable result of Defendant's wrongful conduct has, and continues to be, to deprive Font Bureau of the benefits and revenue from the sale of appropriate licenses to use its protected type face font software, thereby causing injury to Font Bureau's relationships with present and prospective customers who rely on the cachet that exclusive licensing creates in the various Font Bureau type face font works.

31. Font Bureau has lost, and will continue to lose, substantial revenue from Defendant's wrongful use, manufacturing, copying, distribution and sublicensing of unauthorized and infringing copies of Font Bureau's type face font software.

32. Defendant's wrongful conduct has deprived, and will continue to deprive, Font Bureau of opportunities for expanding the goodwill associated with the sale of licenses to use its federally registered trademarks and copyrighted software.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT and DILUTION
### 15 U.S.C. § 1117

33.    Font Bureau repeats and realleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 32, inclusive, and incorporates them herein by this reference.

34.    Defendants have improperly copied and caused infringing copies of goods, bearing the false use of Font Bureau's protected trademarks, to be distributed via its www.fontshop.se website and by reason thereof has infringed and will continue to infringe Font Bureau's valuable trademarks in and to the many Font Bureau type face fonts identified herein.

35.    Defendant's actions are likely to cause mistake or confusion as to the source of Font Bureaus' valuable type face font software products.

36.    Defendant's actions are likely to dilute the distinctiveness of Font Bureau's trademarks.

37.    Font Bureau is entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of the acts of infringement alleged herein, as well as attorneys' fees.

38.    At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Font Bureau but are not less than $1,200,000.

39.    Font Bureau has no adequate remedy at law.

## SECOND CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101

40.    Font Bureau repeats and realleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 39, inclusive, and incorporates them herein by this reference.

41.    Defendants have, for a fee, improperly copied and caused infringing copies of Font Bureau's copyrighted type face font software, to be made available and distributed via his

www.fontshop.se website and by reason thereof have infringed and will continue to infringe Font Bureau's valuable copyrights in and to the software associated with its many type face font software designs.

42.    Font Bureau is entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendants as a result of the acts of infringement alleged herein, as well as attorneys' fees.

43.    At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Font Bureau but are not less than $1,200,000.

44.    Font Bureau has no adequate remedy at law.

## THIRD CAUSE OF ACTION
## UNFAIR COMPETITION
## 15 U.S.C. §1125(a)

45.    Font Bureau repeats and realleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 44, inclusive, and incorporates them herein by this reference.

46.    Defendant's unauthorized use and distribution of Font Bureau's type face font software on its www.fontshop.se webiste constitutes false advertising, false designation of origin, and false descriptions and representations that falsely describe and represent Defendant's goods and/or services as being connected, endorsed or otherwise associated with Font Bureau, and by reason thereof, creates a false description or representation in interstate commerce in violation of 15 U.S.C. § 1125(a) and by reason of such actions, Font Bureau has been and will continue to be so damaged.

47.     Font Bureau is further entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of the acts of infringement alleged herein, as well as attorneys' fees.

48.     At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Font Bureau but are not less than $1,200,000.

49.     Font Bureau has no adequate remedy at law.

<div align="center">

**FOURTH CAUSE OF ACTION**
**BREACH OF CONTRACT**

</div>

50.     Font Bureau repeats and realleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 49, inclusive, and incorporates them herein by this reference.

51.     Defendants have purchased merely one license to use merely one (1) of Font Bureau's type face font software products.

52.     Defendant's actions constitute a breach of the terms of the End User License Agreement governing the use and distribution, if any, of the Font Bureau trademarks and copyright type face font software designs.

53.     Font Bureau is further entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of the acts of infringement and breach of contract alleged herein, as well as attorneys' fees.

54.     At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Font Bureau but are not less than $1,200,000.

55.     Font Bureau has no adequate remedy at law.

## FIFTH CAUSE OF ACTION
## DILUTION IN VIOLATION OF NEW YORK
## STATE GENERAL BUSINESS LAW §360-1

56.     Font Bureau repeats and realleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 55, inclusive, and incorporates them herein by this reference.

57.     Defendant has been, and continues to be, engaged in unfair and deceptive practices in violation of Section 360-1 of New York State General Business Law.

58.     By reason of Defendant's acts, Font Bureau has been seriously and irreparably injured, and unless Defendant is restrained, Font Bureau will continue to be so damaged.

59.     Font Bureau is further entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of the acts of infringement alleged herein, as well as attorneys' fees.

60.     At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Font Bureau but are not less than $1,200,000.

61.     Font Bureau has no adequate remedy at law.


WHEREFORE, Plaintiff respectfully requests and prays that this Court will:

1.     Preliminarily and permanently enjoin and restrain Defendant, its officers, directors, principals, agents, servants, employees, successors and assigns, and all those in active concert or participation with it from:

        (a)     imitating, copying, distributing, or making unauthorized use of Font Bureau's Registered Trademarks;

(b)     imitating, copying, distributing, or making unauthorized use of Font Bureau's registered and pending Copyrights for the software associated with its various type face fonts and;

(c)     manufacturing, creating, producing, advertising, promoting, or displaying any products bearing any simulation, reproduction, counterfeit, copy, derivative version, or colorable imitation of Font Bureaus copyrighted software associated therewith including all uses on the Internet;

2.     Direct that Defendants deliver for destruction, at Defendant's expense, *inter alia*, all packages, boxes, film, computer files, disks, CD-Rom's, DVD's, videotapes, and all other recorded media together with all other items in its possession or under its control, bearing or using any software or products derived from Font Bureau's copyrighted type face font software and the trademarks associated therewith;

3.     Direct that Defendants provide to Font Bureau a complete listing of all monies received from transactions conducted on its www.fontshop.se website or any other websites, irrespective of whether or not such other website is under its control.

4.     Direct that Defendant identify every purchaser, by name, address, IP address and telephone number, of any type face font software purchased via its www.fontshop.se webiste or any other websites, irrespective of whether or not such other websites or under its control.

5.     Direct that Defendant be required to pay Font Bureau actual damages in an amount not less than $1,200,000 or all profits derived from the infringing use of Font Bureau's copyrighted software, or Statutory Damages as provided under Copyright Law, whichever is greater ;

6.     Direct that Defendant be required to pay to Font Bureau such other damages that it has sustained as a consequence of Defendant's breach of contract as well as the unauthorized use,

copying and distribution of Font Bureau's copyrighted software goods improperly bearing Font Bureau's registered trademarks;

7.      Direct that Defendant be ordered to make a written report within a reasonable period of time to be filed with the Court detailing the manner of compliance with the requested injunctive and mandatory relief above;

8.      Award Font Bureau the costs of this action, together with reasonable attorneys' fees; and

9.      Award Font Bureau such other and further relief as the Court may deem just and proper.

### JURY DEMAND

Plaintiff, The Font Bureau, Inc. hereby demands a trial by jury.

Dated: <u>December 15, 2008</u>                    Respectfully submitted,
                                                THE MARTINEZ GROUP PLLC

                                        By:     _____
                                                Frank J. Martinez (FJM-2149)
                                                Attorneys for Plaintiff
                                                The Font Bureau, Inc.


                                                THE MARTINEZ GROUP PLLC
                                                55 Washington Street, Suite 316
                                                Brooklyn, New York 11201
                                                718.797.2341 Telephone
                                                718.222.0481 Facsimile
                                                FM@martinezgroup.com



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Dec 13 04:03:19 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM |
| HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start List At: ____ OR Jump to record: ____

# 123 Records(s) found (This page: 1 ~ 50)

Refine Search ("font bureau")[OW] _____ Submit

Current Search: **S2:** ("font bureau")[OW] docs: 123 occ: 125

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78698062 | 3123660 | ESCROW | TARR | LIVE |
| 2 | 78628423 | 3085407 | CENTURY FB | TARR | LIVE |
| 3 | 78626524 | 3082813 | ZINGHA | TARR | LIVE |
| 4 | 78626492 | 3085342 | SCOTCH FB | TARR | LIVE |
| 5 | 78611056 | 3079517 | OCCUPANT GOTHIC | TARR | LIVE |
| 6 | 78563426 | | EAGLE | TARR | DEAD |
| 7 | 78563412 | 3054910 | SKYLINE | TARR | LIVE |
| 8 | 78547684 | 3050357 | SABER | TARR | LIVE |
| 9 | 78188788 | 2775813 | EPITAPH | TARR | LIVE |
| 10 | 78480144 | 3069532 | FARNHAM | TARR | LIVE |
| 11 | 78382263 | 2991985 | AMIRA | TARR | LIVE |
| 12 | 78382236 | 2930936 | ANTENNA | TARR | LIVE |
| 13 | 78254052 | 2844908 | SLOOP | TARR | LIVE |
| 14 | 78254020 | 2838783 | RACEWAY | TARR | LIVE |
| 15 | 78224756 | 2813112 | PRODUCTUS | TARR | LIVE |
| 16 | 78224745 | 2813111 | POUTY | TARR | LIVE |
| 17 | 78224673 | | OCCUPANT GOTHIC | TARR | DEAD |
| 18 | 78224651 | 2834512 | GRAND CENTRAL | TARR | LIVE |
| 19 | 78224635 | 2830058 | PENNSYLVANIA | TARR | LIVE |
| 20 | 78224604 | 2827957 | EGGWHITE | TARR | LIVE |
| 21 | 77609658 | | IBIS | TARR | LIVE |
| 22 | 77564974 | | BADTYP | TARR | LIVE |
| 23 | 77564882 | | NEON STREAM | TARR | LIVE |
| 24 | 77564861 | | GRAFFITI | TARR | LIVE |

| 25 | 77564822 |         | ECRU         | TARR | LIVE |
|----|----------|---------|--------------|------|------|
| 26 | 77564716 |         | DISPATCH     | TARR | LIVE |
| 27 | 77623097 |         | READINGEDGE  | TARR | LIVE |
| 28 | 77609611 |         | ZOCALO       | TARR | LIVE |
| 29 | 77370066 | 3484521 | HOUSTON      | TARR | LIVE |
| 30 | 77292539 | 3440127 | MODERNO FB   | TARR | LIVE |
| 31 | 77190650 | 3356019 | VONNES       | TARR | LIVE |
| 32 | 77190636 | 3356018 | QUIOSCO      | TARR | LIVE |
| 33 | 77190601 | 3356017 | AMPLITUDE    | TARR | LIVE |
| 34 | 77174512 | 3368629 | NARCISSUS    | TARR | LIVE |
| 35 | 77174489 | 3368628 | MESA         | TARR | LIVE |
| 36 | 77174096 | 3355963 | PHAISTOS     | TARR | LIVE |
| 37 | 77174091 | 3368603 | STEREO       | TARR | LIVE |
| 38 | 77145000 | 3355558 | BAUM         | TARR | LIVE |
| 39 | 77084692 | 3333739 | CASEY        | TARR | LIVE |
| 40 | 77084522 |         | SCOUT        | TARR | LIVE |
| 41 | 76464081 | 2766620 | NATURE       | TARR | LIVE |
| 42 | 76464080 | 2747028 | TRUTH        | TARR | LIVE |
| 43 | 76464079 | 2747027 | ZENOBIA      | TARR | LIVE |
| 44 | 76358798 | 2628267 | NUMSKILL     | TARR | LIVE |
| 45 | 76339140 | 2615211 | BUREAU ROMAN | TARR | LIVE |
| 46 | 76464082 | 2766621 | HITECH       | TARR | LIVE |
| 47 | 76443537 |         | SABER        | TARR | DEAD |
| 48 | 76437326 | 2730928 | WHITMAN      | TARR | LIVE |
| 49 | 76347459 | 2631478 | LOVE         | TARR | LIVE |
| 50 | 76347458 | 2631477 | PEACE        | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Dec 13 04:03:19 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM |
| HELP |

Logout   *Please logout when you are done to release system resources allocated for you.*

Start List At: ☐   OR   Jump to record: ☐

# 123 Records(s) found (This page: 51 ~ 100)

Refine Search   ("font bureau")[OW]       Submit

Current Search: S2: ("font bureau")[OW] docs: 123 occ: 125

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 51 | 76339139 | 2598043 | OLD MODERN | TARR | LIVE |
| 52 | 76013499 | 2437082 | SPIRA | TARR | LIVE |
| 53 | 76013498 | 2435285 | COMRADE | TARR | LIVE |
| 54 | 76013497 | | DISPATCH | TARR | DEAD |
| 55 | 75893881 | 2426801 | CAFETERIA | TARR | LIVE |
| 56 | 75894078 | 2535533 | NOBEL | TARR | LIVE |
| 57 | 75682340 | 2637887 | HERMES | TARR | LIVE |
| 58 | 75894080 | 2425091 | VILLAGE | TARR | LIVE |
| 59 | 75894079 | 2425090 | EMPIRE | TARR | LIVE |
| 60 | 75893880 | 2426800 | PILSNER | TARR | LIVE |
| 61 | 75893879 | 2426799 | ASPHALT | TARR | LIVE |
| 62 | 75893878 | 2408799 | BELIZIO | TARR | LIVE |
| 63 | 75893877 | 2406391 | BELUCIAN | TARR | LIVE |
| 64 | 75893850 | 2519328 | CITADEL | TARR | LIVE |
| 65 | 75823049 | | ANTIQUE CONDENSED | TARR | DEAD |
| 66 | 75822776 | 2675904 | ALPHA BLOC | TARR | LIVE |
| 67 | 75822775 | 2679390 | ALPHA GEOMETRIQUE | TARR | LIVE |
| 68 | 75772388 | 2357618 | ARMADA FB | TARR | LIVE |
| 69 | 75772387 | 2385397 | ALHAMBRA | TARR | LIVE |
| 70 | 75748205 | 2364440 | TASSE | TARR | LIVE |
| 71 | 75703934 | 2364328 | ROCKET | TARR | LIVE |
| 72 | 75691859 | 2343288 | HIP HOP | TARR | LIVE |
| 73 | 75691858 | 2445625 | HOFFMANN | TARR | LIVE |
| 74 | 75691857 | 2326620 | SCAMP | TARR | LIVE |

| 75 | 75691856 | 2385149 | STREAMLINE | TARR | LIVE |
| 76 | 75682338 | 2385111 | HAMILTON | TARR | LIVE |
| 77 | 75679020 | 2326505 | BROK | TARR | LIVE |
| 78 | 75588970 | 2356359 | POYNTER | TARR | LIVE |
| 79 | 75577133 | 2358818 | BENTON | TARR | LIVE |
| 80 | 75572114 | 2291224 | BUSTER | TARR | LIVE |
| 81 | 75536126 | 2274432 | MAGNETO | TARR | LIVE |
| 82 | 75534515 | 2274415 | DALEYSGOTHIC | TARR | LIVE |
| 83 | 75534514 | 2272273 | SHELLSANS | TARR | DEAD |
| 84 | 75534513 | 2272272 | LOUPOT | TARR | LIVE |
| 85 | 75306177 | 2202676 | BUREAU GROTESQUE | TARR | LIVE |
| 86 | 75306176 | 2202675 | AARDVARK | TARR | LIVE |
| 87 | 75175203 | 2200908 | AGENDA | TARR | LIVE |
| 88 | 75175204 | 2174314 | BODEGA | TARR | LIVE |
| 89 | 75460249 | 2247684 | AGENCY | TARR | LIVE |
| 90 | 75460245 | 2259214 | NIAGARA | TARR | LIVE |
| 91 | 75460244 | 2253373 | RAVIE | TARR | LIVE |
| 92 | 75460243 | 2247682 | FB CALIFORNIAN | TARR | LIVE |
| 93 | 75460242 | 2249489 | BERLIN SANS | TARR | LIVE |
| 94 | 75460241 | 2292232 | SHOWCARD GOTHIC | TARR | LIVE |
| 95 | 75460240 | 2264581 | FONT BUREAU | TARR | LIVE |
| 96 | 75393495 | 2222629 | RATS | TARR | LIVE |
| 97 | 75393491 | 2305222 | GRIFFITH GOTHIC | TARR | LIVE |
| 98 | 75393489 | 2222628 | ANISETTE | TARR | LIVE |
| 99 | 75393481 | 2224057 | RHODE | TARR | LIVE |
| 100 | 75393480 | 2222627 | ELMHURST | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Dec 13 04:03:19 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM |
| HELP |

Logout   *Please logout when you are done to release system resources allocated for you.*

| Start List At: | _____ | OR | Jump to record: | _____ |

## 123 Records(s) found (This page: 101 ~ 123)

Refine Search  ("font bureau")[OW]          Submit

Current Search: S2: ("font bureau")[OW] docs: 123 occ: 125

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 75393479 | 2290671 | MILLER | TARR | LIVE |
| 102 | 75393478 | 2337124 | FRITZ | TARR | LIVE |
| 103 | 75393428 | 2217282 | GANGLY | TARR | LIVE |
| 104 | 75341987 | 2223834 | THROHAND | TARR | LIVE |
| 105 | 75341983 | 2240332 | FOBIA | TARR | LIVE |
| 106 | 75341982 | 2241513 | MENO | TARR | LIVE |
| 107 | 75341980 | | CAFETERIA | TARR | DEAD |
| 108 | 75341978 | 2242525 | SAMSANS | TARR | LIVE |
| 109 | 75341946 | | TASSE | TARR | DEAD |
| 110 | 75341945 | | CONSTRUCTA | TARR | DEAD |
| 111 | 75306037 | 2252480 | GIZA | TARR | LIVE |
| 112 | 75306036 | | GARAGE GOTHIC | TARR | DEAD |
| 113 | 75302492 | | WESSEX | TARR | DEAD |
| 114 | 75302462 | 2221237 | AVALON | TARR | LIVE |
| 115 | 75302461 | 2225135 | CONSTRUCTA | TARR | LIVE |
| 116 | 75302460 | 2227323 | HIGHTOWER | TARR | LIVE |
| 117 | 75302459 | 2218295 | GARAGE GOTHIC | TARR | LIVE |
| 118 | 75175202 | 2222151 | INTERSTATE | TARR | LIVE |
| 119 | 75175201 | 2297220 | IRONMONGER | TARR | LIVE |
| 120 | 75064041 | | FONT BUREAU | TARR | DEAD |
| 121 | 75062609 | | IRONMONGER | TARR | DEAD |
| 122 | 74658525 | | MILLENNIUM | TARR | DEAD |
| 123 | 74497685 | 1878543 | ROXY | TARR | LIVE |



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Dec 13 04:03:19 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM |
| HELP |

Logout   *Please logout when you are done to release system resources allocated for you.*

Start List At: [        ]   OR   Jump to record: [        ]

# 123 Records(s) found (This page: 101 ~ 123)

Refine Search ("font bureau")[OW]                Submit

Current Search: S2: ("font bureau")[OW] docs: 123 occ: 125

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 75393479 | 2290671 | MILLER | TARR | LIVE |
| 102 | 75393478 | 2337124 | FRITZ | TARR | LIVE |
| 103 | 75393428 | 2217282 | GANGLY | TARR | LIVE |
| 104 | 75341987 | 2223834 | THROHAND | TARR | LIVE |
| 105 | 75341983 | 2240332 | FOBIA | TARR | LIVE |
| 106 | 75341982 | 2241513 | MENO | TARR | LIVE |
| 107 | 75341980 | | CAFETERIA | TARR | DEAD |
| 108 | 75341978 | 2242525 | SAMSANS | TARR | LIVE |
| 109 | 75341946 | | TASSE | TARR | DEAD |
| 110 | 75341945 | | CONSTRUCTA | TARR | DEAD |
| 111 | 75306037 | 2252480 | GIZA | TARR | LIVE |
| 112 | 75306036 | | GARAGE GOTHIC | TARR | DEAD |
| 113 | 75302492 | | WESSEX | TARR | DEAD |
| 114 | 75302462 | 2221237 | AVALON | TARR | LIVE |
| 115 | 75302461 | 2225135 | CONSTRUCTA | TARR | LIVE |
| 116 | 75302460 | 2227323 | HIGHTOWER | TARR | LIVE |
| 117 | 75302459 | 2218295 | GARAGE GOTHIC | TARR | LIVE |
| 118 | 75175202 | 2222151 | INTERSTATE | TARR | LIVE |
| 119 | 75175201 | 2297220 | IRONMONGER | TARR | LIVE |
| 120 | 75064041 | | FONT BUREAU | TARR | DEAD |
| 121 | 75062609 | | IRONMONGER | TARR | DEAD |
| 122 | 74658525 | | MILLENNIUM | TARR | DEAD |
| 123 | 74497685 | 1878543 | ROXY | TARR | LIVE |

Case 1:08-cv-05059-JBW-VVP   Document 1

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   PREV LIST   NEXT LIST   IMAGE LIST   TOP

HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

**Copyright Catalog (1978 to present)**
Search Request: Left Anchored Name = Font Bureau
Search Results: Displaying 1 through 25 of 70 entries.

 previous  1 26 51  next 

Resort results by:

Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 1 ] | Font Bureau, Inc. | Computer program for a Narcissus typefont. | TX0006614639 | 1995 |
| ☐ [ 2 ] | Font Bureau, Inc. | Computer program for a Phaistos collection of typefonts. | TX0006614640 | 1991 |
| ☐ [ 3 ] | Font Bureau, Inc. | Computer program for a STEREO typefont. | TX0006614638 | 1993 |
| ☐ [ 4 ] | Font Bureau, Inc. | Computer program for STAR family of typefonts. | TX0005835090 | 1993 |
| ☐ [ 5 ] | Font Bureau, Inc. | Computer programs for a MESA collection of typefonts. | TX0006614637 | 1995 |
| ☐ [ 6 ] | Font Bureau, Inc. | Computer Programs for a MODERNO FB Collection of Typefonts. | TX0006861451 | 2007 |
| ☐ [ 7 ] | Font Bureau, Inc. | Computer programs for a poynter agate family of typefonts. | TX0005826265 | 1997 |
| ☐ [ 8 ] | Font Bureau, Inc. | Computer programs for a poynter gothic family of typefonts. | TX0005826262 | 1997 |
| ☐ [ 9 ] | Font Bureau, Inc. | Computer programs for a poynter oldstyle display family of typefonts. | TX0005826264 | 1997 |
| ☐ [ 10 ] | Font Bureau, Inc. | Computer programs for a poynter oldstyle text family of typefonts. | TX0005826263 | 1997 |

| | | | | |
|---|---|---|---|---|
| ☐ [ 11 ] | Font Bureau, Inc. | Computer programs for a QUIOSCO collection of typefonts. | TX0006580076 | 2002 |
| ☐ [ 12 ] | Font Bureau, Inc. | Computer programs for a Romeo family of typefonts. | TX0006445206 | 1991 |
| ☐ [ 13 ] | Font Bureau, Inc. | Computer programs for a Village family of typefonts. | TX0006445209 | 1994 |
| ☐ [ 14 ] | Font Bureau, Inc. | Computer programs for a Wessex family of typefonts. | TX0006445207 | 1993 |
| ☐ [ 15 ] | Font Bureau, Inc. | Computer programs for an AMPLITUDE collection of typefonts. | TX0006580077 | 2003 |
| ☐ [ 16 ] | Font Bureau, Inc. | Computer programs for an FB Century family of typefonts. | TX0006445208 | 1993 |
| ☐ [ 17 ] | Font Bureau, Inc. | Computer programs for BELIZIO family of typefonts. | TX0006032153 | 2004 |
| ☐ [ 18 ] | Font Bureau, Inc. | Computer programs for BENTON SANS family of typefonts. | TX0006032156 | 2003 |
| ☐ [ 19 ] | Font Bureau, Inc. | Computer programs for Berlin sans family of typefonts. | TX0006059042 | 2004 |
| ☐ [ 20 ] | Font Bureau, Inc. | Computer programs for Bureau grotesque family of typefonts. | TX0005835098 | 1993 |
| ☐ [ 21 ] | Font Bureau, Inc. | Computer programs for Bureau Roman family of typefonts. | TX0005661334 | 2000 |
| ☐ [ 22 ] | Font Bureau, Inc. | Computer programs for CALIFORNIAN FB family of typefonts. | TX0006032155 | 2004 |
| ☐ [ 23 ] | Font Bureau, Inc. | Computer programs for CALIFORNIAN FB test and display of typefonts. | TX0006032157 | 2004 |
| ☐ [ 24 ] | Font Bureau, Inc. | Computer programs for Caslon's Egyptian family of typefonts. | TX0005661335 | 1998 |
| ☐ [ 25 ] | Font Bureau, Inc. | Computer programs for Eagle family of typefonts. | TX0006059043 | 1994 |

Resort results by:                                                              Set Search Limits

Clear Selected    Retain Selected



◄ previous   1 26 51   next ►

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record | Format for Print/Save |

| All on Page | Enter your email address: | Email |
|---|---|---|
| Selected On Page | | |
| Selected all Pages | | |

**Search for:** Font Bureau          **Search by:** Name (Crichton Michael; Walt Disney Company)

25 records per page                                    Submit     Reset

---

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Font Bureau
Search Results: Displaying 26 through 50 of 70 entries.


◀ previous  1 26 51  next ▶

Resort results by: ................

Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 26 ] | Font Bureau, Inc. | Computer programs for GIZA family of typefonts. | TX0006032154 | 1994 |
| ☐ [ 27 ] | Font Bureau, Inc. | Computer programs for GLOBE MADISON family of typefonts. | TX0005809154 | 1996 |
| ☐ [ 28 ] | Font Bureau, Inc. | Computer programs for GREYLOCK family of typefonts. | TX0005809150 | 1997 |
| ☐ [ 29 ] | Font Bureau, Inc. | Computer programs for HITECH type fonts. | TX0005545361 | 1989 |
| ☐ [ 30 ] | Font Bureau, Inc. | Computer programs for LAKIS family of typefonts. | TX0005661333 | 2000 |
| ☐ [ 31 ] | Font Bureau, Inc. | Computer programs for Letras Old Style family of typefonts. | TX0005661337 | 2000 |
| ☐ [ 32 ] | Font Bureau, Inc. | Computer programs for Miller family of typefonts. | TX0005835093 | 1997 |
| ☐ [ 33 ] | Font Bureau, Inc. | Computer programs for NATURE type fonts. | TX0005545362 | 1989 |
| ☐ [ 34 ] | Font Bureau, Inc. | Computer programs for Pistilli family of typefonts. | TX0005835092 | 1998 |
| ☐ [ 35 ] | Font Bureau, Inc. | Computer programs for RACEWAY family of typefonts. | TX0005809144 | 1995 |

| | Font Bureau, Inc. | Computer programs for RATS family of typefonts. | TX0005813394 | 1998 |
|---|---|---|---|---|
| ☐ [ 36 ] | | | | |
| ☐ [ 37 ] | Font Bureau, Inc. | Computer programs for RAVIE family of typefonts. | TX0005813389 | 1999 |
| ☐ [ 38 ] | Font Bureau, Inc. | Computer programs for REACTOR FB family of typefonts. | TX0005813390 | 1996 |
| ☐ [ 39 ] | Font Bureau, Inc. | Computer programs for REINER SCRIPT family of typefonts. | TX0005813391 | 1994 |
| ☐ [ 40 ] | Font Bureau, Inc. | Computer programs for RHODE family of typefonts. | TX0005813388 | 1998 |
| ☐ [ 41 ] | Font Bureau, Inc. | Computer programs for ROCKET family of typefonts. | TX0005813387 | 2000 |
| ☐ [ 42 ] | Font Bureau, Inc. | Computer programs for ROXY family of typefonts. | TX0005895229 | 1993 |
| ☐ [ 43 ] | Font Bureau, Inc. | Computer programs for SAMSANS family of typefonts. | TX0005813393 | 2000 |
| ☐ [ 44 ] | Font Bureau, Inc. | Computer programs for Scotch FB family of typefonts. | TX0006436853 | 1994 |
| ☐ [ 45 ] | Font Bureau, Inc. | Computer programs for SHIMANO family of typefonts. | TX0005809152 | 1995 |
| ☐ [ 46 ] | Font Bureau, Inc. | Computer programs for SHOGUN family of typefonts. | TX0005809153 | 1996 |
| ☐ [ 47 ] | Font Bureau, Inc. | Computer programs for SHOWCARD GOTHIC family of typefonts. | TX0005809145 | 1994 |
| ☐ [ 48 ] | Font Bureau, Inc. | Computer programs for SHOWCARD MODERNE family of typefonts. | TX0005809146 | 1995 |
| ☐ [ 49 ] | Font Bureau, Inc. | Computer programs for SKYLINE family of typefonts. | TX0005809147 | 1992 |
| ☐ [ 50 ] | Font Bureau, Inc. | Computer programs for SLOOP family of typefonts. | TX0005809143 | 1994 |

**Resort results by:**

Set Search Limits

Clear Selected    Retain Selected

◀ previous    1 26 51    next ▶

| **Save, Print and Email (Help Page)** | | | |
|---|---|---|---|
| **Records** | Select Format:  Full Record | | Format for Print/Save |

Case 1:08-cv-05059-JBW-VVP   Document 1   Filed 12/16/08   Page 24 of 68

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?is=26,0&Search%5F

| | |
|---|---|
| ○ All on Page | Enter your email address: _____   Email |
| ⊙ Selected On Page | |
| ○ Selected all Pages | |

**Search for:** Font Bureau          **Search by:** Name (Crichton Michael; Walt Disney Company)

25 records per page                                        Submit   Reset

---

Help   Search   History   **Titles**   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Copyright
### United States Copyright Office

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Font Bureau
Search Results: Displaying 26 through 50 of 70 entries.

◄ previous    1 26 51    next ►

Set Search Limits

**Resort results by:** 

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 26 ] | Font Bureau, Inc. | Computer programs for GIZA family of typefonts. | TX0006032154 | 1994 |
| ☐ [ 27 ] | Font Bureau, Inc. | Computer programs for GLOBE MADISON family of typefonts. | TX0005809154 | 1996 |
| ☐ [ 28 ] | Font Bureau, Inc. | Computer programs for GREYLOCK family of typefonts. | TX0005809150 | 1997 |
| ☐ [ 29 ] | Font Bureau, Inc. | Computer programs for HITECH type fonts. | TX0005545361 | 1989 |
| ☐ [ 30 ] | Font Bureau, Inc. | Computer programs for LAKIS family of typefonts. | TX0005661333 | 2000 |
| ☐ [ 31 ] | Font Bureau, Inc. | Computer programs for Letras Old Style family of typefonts. | TX0005661337 | 2000 |
| ☐ [ 32 ] | Font Bureau, Inc. | Computer programs for Miller family of typefonts. | TX0005835093 | 1997 |
| ☐ [ 33 ] | Font Bureau, Inc. | Computer programs for NATURE type fonts. | TX0005545362 | 1989 |
| ☐ [ 34 ] | Font Bureau, Inc. | Computer programs for Pistilli family of typefonts. | TX0005835092 | 1998 |
| ☐ [ 35 ] | Font Bureau, Inc. | Computer programs for RACEWAY family of typefonts. | TX0005809144 | 1995 |

| | | | | |
|---|---|---|---|---|
| ☐ [ 11 ] | Font Bureau, Inc. | Computer programs for a QUIOSCO collection of typefonts. | TX0006580076 | 2002 |
| ☐ [ 12 ] | Font Bureau, Inc. | Computer programs for a Romeo family of typefonts. | TX0006445206 | 1991 |
| ☐ [ 13 ] | Font Bureau, Inc. | Computer programs for a Village family of typefonts. | TX0006445209 | 1994 |
| ☐ [ 14 ] | Font Bureau, Inc. | Computer programs for a Wessex family of typefonts. | TX0006445207 | 1993 |
| ☐ [ 15 ] | Font Bureau, Inc. | Computer programs for an AMPLITUDE collection of typefonts. | TX0006580077 | 2003 |
| ☐ [ 16 ] | Font Bureau, Inc. | Computer programs for an FB Century family of typefonts. | TX0006445208 | 1993 |
| ☐ [ 17 ] | Font Bureau, Inc. | Computer programs for BELIZIO family of typefonts. | TX0006032153 | 2004 |
| ☐ [ 18 ] | Font Bureau, Inc. | Computer programs for BENTON SANS family of typefonts. | TX0006032156 | 2003 |
| ☐ [ 19 ] | Font Bureau, Inc. | Computer programs for Berlin sans family of typefonts. | TX0006059042 | 2004 |
| ☐ [ 20 ] | Font Bureau, Inc. | Computer programs for Bureau grotesque family of typefonts. | TX0005835098 | 1993 |
| ☐ [ 21 ] | Font Bureau, Inc. | Computer programs for Bureau Roman family of typefonts. | TX0005661334 | 2000 |
| ☐ [ 22 ] | Font Bureau, Inc. | Computer programs for CALIFORNIAN FB family of typefonts. | TX0006032155 | 2004 |
| ☐ [ 23 ] | Font Bureau, Inc. | Computer programs for CALIFORNIAN FB test and display of typefonts. | TX0006032157 | 2004 |
| ☐ [ 24 ] | Font Bureau, Inc. | Computer programs for Caslon's Egyptian family of typefonts. | TX0005661335 | 1998 |
| ☐ [ 25 ] | Font Bureau, Inc. | Computer programs for Eagle family of typefonts. | TX0006059043 | 1994 |

Set Search Limits

**Resort results by:**

Clear Selected    Retain Selected

◀ previous   1 26 51   next ▶

| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| **Records** | Select Format: Full Record | Format for Print/Save |

○ All on Page
◉ Selected On Page   Enter your email address:              Email
○ Selected all Pages

**Search for:** Font Bureau       **Search by:** Name (Crichton Michael; Walt Disney Company)

25 records per page                            Submit    Reset

Help    Search    History    **Titles**    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Font Bureau
Search Results: Displaying 51 through 70 of 70 entries.

 previous 1 26 51 next

Set Search Limits

Resort results by:

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 51 ] | Font Bureau, Inc. | Computer programs for SPIRA family of typefonts. | TX0005809151 | 2000 |
| ☐ [ 52 ] | Font Bureau, Inc. | Computer programs for STAINLESS family of typefonts. | TX0005809149 | 2002 |
| ☐ [ 53 ] | Font Bureau, Inc. | Computer programs for Starling family of typefonts. | TX0005661336 | 2001 |
| ☐ [ 54 ] | Font Bureau, Inc. | Computer programs for STEREO family of typefonts. | TX0005813396 | 2003 |
| ☐ [ 55 ] | Font Bureau, Inc. | Computer programs for STREAMLINE family of typefonts. | TX0005813395 | 2000 |
| ☐ [ 56 ] | Font Bureau, Inc. | Computer programs for SUN family of typefonts. | TX0005661338 | 2000 |
| ☐ [ 57 ] | Font Bureau, Inc. | Computer programs for TALON family of typefonts. | TX0005813392 | 1995 |
| ☐ [ 58 ] | Font Bureau, Inc. | Computer programs for TASSE family of typefonts. | TX0005809148 | 1994 |
| ☐ [ 59 ] | Font Bureau, Inc. | Computer programs for THORHAND family of typefonts. | TX0005813397 | 2003 |
| ☐ [ 60 ] | Font Bureau, Inc. | Computer programs for THORHAND family of typefonts. By the Font Bureau, Inc. | TX0005947053 | 2003 |

| | | | | |
|---|---|---|---|---|
| ☐ [ 61 ] | Font Bureau, Inc. | Computer programs for Tribune century-light family of typefonts. | TX0005835094 | 1998 |
| ☐ [ 62 ] | Font Bureau, Inc. | Computer programs for TRUTH type fonts. | TX0005545360 | 1989 |
| ☐ [ 63 ] | Font Bureau, Inc. | Computer programs for Type O family of typefonts. | TX0005835096 | 1996 |
| ☐ [ 64 ] | Font Bureau, Inc. | Computer programs for Vonnes family of typefonts. | TX0005835095 | 1997 |
| ☐ [ 65 ] | Font Bureau, Inc. | Computer programs for Zenobia type fonts. | TX0005332237 | 1989 |
| ☐ [ 66 ] | Font Bureau, Inc. | Simian display : chimpanzee. | TX0005428458 | 2001 |
| ☐ [ 67 ] | Font Bureau, Inc. | Simiandisplay--orangutan. | TX0005577844 | 2001 |
| ☐ [ 68 ] | Font Bureau, Inc. | Simiantext--chimpanzee. | TX0005577841 | 2001 |
| ☐ [ 69 ] | Font Bureau, Inc. | Simiantext--gorilla. | TX0005577842 | 2001 |
| ☐ [ 70 ] | Font Bureau, Inc. | Simiantext--orangutan. | TX0005577843 | 2001 |

**Resort results by:**

Set Search Limits

Clear Selected    Retain Selected



◀ previous   1 26 51   next ▶

| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| **Records** | Select Format: Full Record | Format for Print/Save |
| ○ All on Page<br>◉ Selected On Page<br>○ Selected all Pages | Enter your email address: | Email |

Search for: Font Bureau     **Search by:** Name (Crichton Michael; Walt Disney Company)

25 records per page      Submit    Reset

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about

Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

**THE FONT BUREAU, INC.**

FONTS   NEWS
LICENSE AG

# Single User Font Software License Agreem

## 1. PARTIES & GRANT OF LICENSE

The Font Bureau, Inc. (hereinafter "Licensor") having an office at 50 Melcher Street, Suite
Massachusetts 02210 grants to the purchaser of this typeface package (hereinafter "Licens
non-transferable, non-exclusive right to use the Fonts (collectively and hereinafter "Font Sc
accompanying this document (hereinafter "Agreement") on a total of not more than one (1
and/or Central Processing Unit (CPU).

## 2. TERMINATION

Licensor may terminate this Agreement for any material breach of this Agreement by Licen
(30) days written notice to Licensee. The written notice shall identify the alleged breach(es
and request a cure. If Licensee fails to cure the breach(es) within the thirty (30) day period
shall automatically terminate. Upon termination of this Agreement for any reason, Licensee
return all original Font Software and any accompanying written material to Licensor. Licens
destroy all copies of the Font Software and certify to Licensor that all copies of the Font Sof
destroyed. In the event of termination due to breach by Licensee, nothing herein shall be d
waiver of any of Licensor's rights or remedies under Equity or Law.

## 3. PERMITTED USES AND RESTRICTIONS

Licensee may make one copy of the Font Software for back-up purposes only. The back-up
contain all the data contained in the original Font Software. Any back-up copy must promir
copyright and trademark notices present on the original Font Software. Except as expressly
this agreement, Licensee agrees not to decompile, reverse engineer, disassemble, modify,
part, the Font Software, or rent, lease, loan, network, sub-license or distribute the Font Sof
or in part, to any third party. Such third parties include, but are not limited to, clients, prin
bureaus. Licensee agrees not to create derivative works based upon the design embodied in
Software or the Font Software itself. Licensee agrees not to reformat the Font Software or r
Font Software in formats not supplied to Licensee by Licensor. Except as permitted herein,
not to copy any written material which may accompany the Font Software.

## 4. EMBEDDING RESTRICTED

(a) Except as may be specifically permitted herein, all embedding and transmission of the
prohibited. By way of example, not limitation, formats that may contain embedded fonts in
not limited to the .pdf (Acrobat), Web Embedding Font Technology (WEFT), Flash and the
The Font Software has been created using embedding bits which are intended to prevent e
containing the embedded Font Software. Licensee hereby agrees not change, alter or other
Font Software or the embedding bits characteristics of the Font Software. Licensee agrees t
best efforts to prevent the transfer of the Font Software to unauthorized users when embec
Software. (b) Licensee is authorized to create non-editable .pdf formatted documents using
Software for the purposes of output printing at a service bureau or printer. (c) Licensee is r
distribute documents using or containing embedded copies of the Font Software on the Int
forms of distribution or downloading to unauthorized users. Such activities require the purc
upgrade. If you wish to publish documents created by the embedding of the Font Software
or wish to otherwise distribute or make such documents available for downloading to partie
under this Agreement you must contact the Font Bureau to purchase the appropriate licens
Licensee is not permitted to create or distribute to unlicensed parties documents or graphic
embedded copy of the Font Software containing a facsimile of the entire or substantially all
set of the typeface design embodied in the Font Software.

## 5. ASSIGNMENT

Licensee may not transfer or assign any right granted under this Agreement. In the event of the part of Licensee, this Agreement shall automatically terminate.

## 6. ALL RIGHTS RESERVED

The Font Software is the exclusive property of the Licensor. The Font Software contains cop material, trade secrets, proprietary material and may be accompanied with other Confident the Licensor. The Font Software is protected under the laws of the United States and other Treaty Provisions. This Agreement shall not be construed as transferring any rights other th expressly permitted herein. Licensor reserves all copyrights, trademarks and any other form property rights in and to the Font Software.

## 7. COMPLIANCE WITH LAWS

Licensee shall be responsible for compliance with all laws, foreign and domestic, including to, all United States laws and regulations relating to the control of exports or the transfer o

## 8. CONFIDENTIALITY

Licensee shall take all reasonable steps to safeguard the Font Software from any unauthori: duplication, sublicensing or distribution. Furthermore, Licensee shall retain all Confidential furnished by Licensor in connection with or derived from the Font Software in strictest conf not publish or disclose such Confidential Information at any time during the term of this Ag its termination. Licensee further agrees that the terms and provisions of this Agreement sh Confidential.

## 9. LIMITATION OF LIABILITY

Licensee expressly acknowledges and agrees that use of the Font Software is at Licensee's as may be otherwise provided for herein, the Font Software and related documentation is p and without warranty of any kind and Licensor EXPRESSLY DISCLAIMS ALL WARRANTIES, I IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTAB FITNESS FOR A PARTICULAR PURPOSE. LICENSOR DOES NOT WARRANT THAT THE OPERA" FONT SOFTWARE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT THE FONT SOFTWA DEFECTS. THE FONT SOFTWARE IS NOT INTENDED AND WAS NOT DESIGNED OR MANUFA USE IN ANY CIRCUMSTANCES WHERE THE FAILURE OF THE FONT SOFTWARE COULD LEAD PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE. THE FONT SOFT\ FAULT TOLERANT AND IS NOT INTENDED FOR USE IN THE CONTROL OR OPERATION OF PF CONTROL DEVICES OR EQUIPMENT FOR MANUFACTURING, OR FOR USE IN NAVIGATIONAI FONT SOFTWARE IS NOT CLOCK SENSITIVE. THE PROPER FUNCTIONING OF THE FONT SO DEPENDENT UPON THE LICENSEE'S UTILIZATION OF YEAR 2000 (Y2K) COMPATIBLE HARD SOFTWARE. UNDER NO CIRCUMSTANCES SHALL LICENSOR BE LIABLE TO LICENSEE OR AI WHETHER IN CONTRACT OR TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, FOR ANY S CONSEQUENTIAL, OR INCIDENTAL DAMAGES, INCLUDING LOST PROFITS, SAVINGS OR BL INTERRUPTION AS A RESULT OF THE USE OF THE FONT SOFTWARE EVEN IF NOTIFIED IN SUCH POSSIBILITY. Licensor's liability to Licensee shall in no event exceed the replacemen Software.

## 10. OTHER LAW

Some jurisdictions do not allow the exclusion or limitation of incidental, consequential, spe implied warranties. ANY IMPLIED WARRANTY OR CONDITION CREATED BY LAW IS ONLY EI THE THIRTY (30) DAY WARRANTY PERIOD. THERE ARE NO WARRANTIES OR CONDITIONS AFTER THE THIRTY (30) DAY WARRANTY PERIOD. The exclusions noted above may not app Otherwise, and to the extent permissible by law, you agree that all implied warranties are I more than thirty (30) days or the shortest period of time allowed by law, which ever is less

## 11. GOVERNING LAW AND ARBITRATION

The validity, construction, and performance of this agreement shall be governed by the law

Commonwealth of Massachusetts without giving effect to its conflict of laws principles. Lice
Licensee agree to settle all disputes, controversies, or claims relating to or arising from this
accordance with the Commercial Arbitration Rules of the American Arbitration Association (
effect as of the Effective Date of this Agreement and in accordance with the applicable laws
Commonwealth of Massachusetts. All Arbitration Conferences and Hearings will be held in I
Massachusetts. In all other circumstances, the parties to this Agreement specifically conser
jurisdiction of the state and federal courts of Massachusetts over any action arising out of c
Agreement. Licensor expressly reserves any and all rights to pursue equitable relief includii
limited to, temporary restraining orders and preliminary injunctions, irrespective of the CA,

## 12. SEVERABILITY

If any provision of this Agreement is declared by a court of competent jurisdiction to be in\
unenforceable, the remaining provisions of this Agreement shall continue in full force and e
invalid provision shall be replaced by Licensor with a valid and enforceable provision that m
effects the intent of the invalid provision.

## 13. WAIVER

No waiver by either party, whether express or implied, of any provision of this Agreement s
continuing waiver of such provision or a waiver of any other provision of this Agreement. N
either party, whether express or implied, of any breach or default by the other party, shall
waiver of any other breach or default of the same or any other provision of this Agreement.

## 14. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties and supersedes a
agreements, promises, representations and negotiations between the parties concerning th

## 15. CAPTIONS

The captions of the sections of this Agreement are for convenience only and shall not contr
meaning or construction of any of the terms or provisions of this Agreement.

©1996–2008 The Font Bureau, Inc.



Order Number: 50409105

Ship To (license Info):
Font and Image America Inc.
David Chaves
1112 Weston Road

Weston, Fl, 33326
 United States
fontandimage@cs.com

Bill To:
Font and Image America Inc.
David Chaves
1112 Weston Road

Weston, Fl, 33326
 United States
fontandimage@cs.com


Licensee Info:

       Cart: 10944826504683552
  IPAddress:
       Date: 09/06/2004
       Time: 08:04:09
   Customer: David Chaves
    Company: Font and Image America Inc.
   Address1: 1112 Weston Road
   Address2:
       City: Weston
      State: Fl
        Zip: 33326
    Country:  United States
      Phone: 9543853437
        Fax: 9543853437
   Comments: pc
   Shipping: web
     Source: 9543853437
      email: fontandimage@cs.com
    payment: cc
    account: ************7944
   expMonth: 9
    expYear: 2005
Message from MacAuthorize: Approved, This transaction has been
approved.<br>Hash: 1DF47FA89EB943FBD163A7050FA16834




| Product Code | Lic | Qty | Price | Extended |
|---|---|---|---|---|

```
------------------------------ ------- --- ---------- ----------
BureauGrotesque-ThreeSeven     1       1       40.00      40.00


                                           tax:     0.00
                                      shipping:     0.00
                                   grand total:    40.00


Credit card authorization: 275904
Status of Authorization: Approved
MacAuthorize Response: This transaction has been approved.<br>Hash:
1DF47FA89EB943FBD163A7050FA16834
MacAuthorize Batch#:
MacAuthorize Item# in Batch:
```

# 2008 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# V58341

**FILED**
**Apr 29, 2008**
**Secretary of State**

**Entity Name:** FONT & IMAGE AMERICA INC.

**Current Principal Place of Business:**

4012 CROSSBILL LANE
FORT LAUDERDALE, FL 33331

**New Principal Place of Business:**

**Current Mailing Address:**

4474 WESTON ROAD
SUITE 207
DAVIE, FL 33331

**New Mailing Address:**

**FEI Number:** 65-0360994     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CHAVES, DAVID
4012 CROSSBILL LANE
FORT LAUDERDALE, FL 33331     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | D            ( ) Delete |
| Name: | CHAVES, DAVID, |
| Address: | 4012 CROSSBILL LANE |
| City-St-Zip: | FORT LAUDERDALE, FL 33331 |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:   DAVID CHAVES                                    MR.                        04/29/2008

Electronic Signature of Signing Officer or Director                                    Date

Case 1:08-cv-05059-JBW-VVP   Document 1   Filed 12/16/08   Page 37 of 68

# Domain- and Contact Search

## DIFFICULT TO MAKE A CHOICE?

Råd & Röd, a Swedish magazine on consumers´ topics, made a test of web hosting for the Swedish market during the spring of 2008. So did Internetworld, a Swedish Internet magazine. Their test can also be compared with earlier yearly tests since 2004.

- Råd & Röns test av webbhotell 2008
- Internetworlds test av webbhotell 2008

## DETALJERAD INFORMATION OM KONTAKTEN

| | |
|---|---|
| Kontakt-ID | fontim0702-00001 |
| Namn | Alexander Engelvik |
| Företag | Font & Image America Inc |
| Organistionsnummer | [US]65-0360994 |
| E-postadress | alexander@fontshoponline.com |
| Adressrad 1 | 4474 Weston Road, PMB 207 |
| Adressrad 2 | - |
| Adressrad 3 | - |
| Postnummer | 33331 |
| Stat eller provins | - |
| Ort | Davie, FL |
| Land | US |
| Telefon | +00.0 |
| Fax | - |
| Skapad | 2007-02-09 |
| Senast ändrad | - |

Typsnitt Fonter Typografi Teckensnitt Licenser : FontShop - Mozilla Firefox

File Edit View History Bookmarks Yahoo! Tools Help

http://www.fontshop.se/Fonts/public/categ.php?pag=...

# fontshop.se

)) Typsnitt

Registrera dig | Inloggning

Ljusbord

Kundvagn

Avancerad sökning

Sök per format

typsnitt

Sök

Filter

Typsnittspresentation.

**Företag**

2Rebels
Al Brandtner
Alter... Creative
Ampersand
Andrew Smith
Andrew Smith
Andy Stockley
Ann Pomeroy
Apply Design
Australian
Bill Fletcher
Bitstream
[illegible]
Canada Type
Christian Schwartz
[illegible]
Club
Cool Fonts
Eeff
EM Dash
Emigre
Emma Smith
Font Bureau
Fountain
Frank Heine
Frank Nichols
Galapagos
Gary Munch
Group Type
Haig Bedrossian
Hainz Design
Henning Skibbe
Ibbotson
IHOF
Image Club
Intecsas
Jack Tom
Jason Sutton
JM Weber
John Alfonso
Ken Drakeford
Kurt Roscoe
Letter Perfect
LucasFonts
Lunchbox
Mark Damme
Michael Brooks
Monotype Sib
MVB Fonts
Orbit Impact
Outside
P22
Panache
Parkinson
Pelavin
Peter von Oelschwitz
ProFonts
Red/One Type
Radar Design
Rob Knop
Robert Petrick
Scangraphic
ShinnType
Simonson
Source
Sprace
Stone Type
Stu Heinecke
Susan Casey
Swordfish
Three Islands Press
Tiotvt Times
Unauthorized
URWpp
Vintage
Virus
Wiescher
Walter Type
Wolfgang Wagner
Wooden Type
Woodrow Phoenix

Typsnitt

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |

**Vi har 594 Typsnitt Font Bureau**

**Sidor:** < Föregående 10 Nästa > 271 - 300 av 594 typsnitt

| | | | |
|---|---|---|---|
| AaBbCc123 | [illegible] Inline | Font Bureau | 273.00 |
| AABBCC123 | Hoffmann Black Titling | Font Bureau | 273.00 |
| AaBbCc123 | Hoffmann Bold | Font Bureau | 273.00 |
| AABBCC123 | Hoffmann Bold Expert | Font Bureau | 273.00 |
| AaBbCc123 | Hoffmann Book | Font Bureau | 273.00 |
| AABBCC123 | Hoffmann Book Expert | Font Bureau | 273.00 |
| AaBbCc123 | Hoffmann Light | Font Bureau | 273.00 |
| AABBCC123 | Hoffmann Light Expert | Font Bureau | 273.00 |
| AaBbCc123 | Hoffmann Roman | Font Bureau | 273.00 |
| AABBCC123 | Hoffmann Roman Expert | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black Compressed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black Compressed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black Condensed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black Condensed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black Italic | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Black Italic | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold Compressed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold Compressed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold Condensed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold Condensed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold Italic | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Bold Italic | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Extra Light | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Extra Light | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Extra Light Compressed | Font Bureau | 273.00 |
| AaBbCc123 | Interstate Extra Light Compressed | Font Bureau | 272.00 |

**Sidor:** < Föregående 10 Nästa > 271 - 300 av 594 typsnitt

*** Vi reserverar oss rätten att modifiera priserna. Detta pga stora valutakurs förändringar. Vi kontaktar er innan leverans ifall vi måste justera priset.**

Done



























































